# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____New York_____

UNITED STATES OF AMERICA

- against -

COLINFORD MATTIS, et al.,

Defendants.

Docket Number _____20-MJ-403___

_____The Honorable Margo K. Brodie_____
(District Court Judge)

Notice is hereby given that _____the United States of America_____
appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment _____ ;   Order __X__ ;   Other _____ ;   _____
                                                                 (specify)

entered in this action on  June 1, 2020 _____ .
                                                        (specify)

Offense occurred after November 1, 1987    Yes __X__    No _____.

The appeal concerns:  the release of defendants Mattis and Rahman on bond
.

Date _____June 1, 2020_____        _____David K. Kessler, AUSA_____
                                                        (Counsel for Appellant)

TO:  John Burke, Esq.                    Address:  United States Attorney's Office - EDNY
     (counsel for Urooj Rahman)                    271-A Cadman Plaza East
     26 Court Street, Suite 2805                    Brooklyn, New York, 11201
     Brooklyn, NY 11242
     718-875-3707                        Telephone Number:   718-254-7202
     Email: b33elmont@aol.com            E-Mail:             David.Kessler@usdoj.gov
     ADD ADDITIONAL PAGE IF NECESSARY

_____ (TO

BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br> _X_ I am not ordering a transcript.<br><br>Reason:<br> _X_ Daily copy is available<br> _X_ U.S. Attorney has placed order<br> ___ Other. Attach explanation<br> ___ Motion decided without hearing | Dates<br>Prepare transcript of<br> _____ Pre-trial proceedings _____<br> _____ Trial _____<br> _____ Sentence _____<br> _____ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24

| ATTORNEY'S signature | /s/ David K. Kessler | Date | June 1, 2020 |
|---|---|---|---|

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____        Signature _____
                                                        (Court Reporter)

**TO (CONT'D):** **Sabrina Shroff, Esq.**
**(representing Colinford Mattis)**
**Law Offices of Sabrina P. Shroff**
**44 Gramercy Park North, #7A**
**New York, NY 10010**
**(646) 763-1490**
**sabrinashroff@gmail.com**