**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

June 10, 2020

**BY ECF**

Honorable Magistrate Judge Steven M. Gold
United States District Magistrate Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: United States v. Colinford Mattis, 20 mj 00403 (SMG)

Your Honor:

      A preliminary hearing for Colinford Mattis is scheduled for June 12, 2020. As counsel for Mr. Mattis, and having discussed the matter with him, I write to withdraw his request for a preliminary hearing.

      I thank the Court for its time and consideration.

Respectfully submitted,

/s/Sabrina P. Shroff
Attorney for Colinford Mattis

cc:     All counsel (by ECF) & pretrial by email