

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F#2020R00508

225 Cadman Plaza East
*Brooklyn, New York 11201*

June 11, 2020

Colinford Mattis

Re:  United States v. Colinford Mattis
Criminal Docket No. CR 20-00203 (BMC)

Dear Mr. Mattis:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on **Thursday June 25, 2020 at 11AM.** Please report to the Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

BY: John M. Vollaro
Grand Jury Coordinator

cc: Hon. B.M. Cogan (Magistrate Pollak for the plea)

   Ian C. Ricardson &  Jonathan Algor
   Assistant U.S. Attorney

   Pretrial Services Officer

   Sabrina P. Shroff, Esq.