**MINUTE ENTRY FOR CRIMINAL PROCEEDING**
**VIA TELECONFERENCE**

BEFORE MAG. JUDGE Cheryl Pollak          DATE :  6/24/2020
                                          AT&T teleconf 877-336-1839 ac 3801746

DOCKET NUMBER: -  20 CR 203 (BMC)          LOG # : 9:42am- 9:49am

DEFENDANT'S NAME :  Colinford Mattis
                 _X_ Present     ___ Not Present     ___ Custody     ___ Bail

DEFENSE COUNSEL:    Sabrina Shroff
                 ___ Federal Defender    _X_ CJA    ___ Retained

A.U.S.A: Jon Algor                    CLERK:    Lauren Phillips

Court Reporter :                      Probation :

_X_ Defendant arraigned on the : _X_ indictment  ___ superseding indictment  ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ Bond modification HEARING Held.   ___ Defendant's first appearance.

___ Bond set at_____.  Defendant ___ released  ___ held pending appeal to Judge

___ Defendant advised of bond conditions set by the Court and authorized Court to sign bond on his behalf.

___ Surety(ies) sworn, advised of bond obligations by the Court and authorized Court to sign on their behalf.

(Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Verbal order of Excludable Delay/Speedy Trial entered.  Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for  7/15/20  @  12pm  before  Judge Cogan

Other Rulings :                                  .