1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,   : 20-CR-203(BMC)
                            :
                            :
                            :
        -against-           : United States Courthouse
                            : Brooklyn, New York
                            :
                            :
                            :
COLINFORD MATTIS and        : Wednesday, July 15, 2020
UROOJ RAHMAN,               : 9:45 a.m.
                            :
        Defendants.         :
                            :
                            :
- - - - - - - - - - - - - - - -X

TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:   RICHARD P. DONOGHUE, ESQ.
                      United States Attorney
                      Eastern District of New York
                            271 Cadman Plaza East
                            Brooklyn, New York 11201
                      BY: IAN RICHARDSON, ESQ.
                            JONATHAN E. ALGOR, ESQ.
                            Assistant United States Attorneys


For the Defendant:    LAW OFFICES OF SABRINA P. SHROFF
                      AttorneyDs for the Defendant -
                      Colinford Mattis
                            233 Broadway
                            New York, New York 10007
                      BY: SABRINA P. SHROFF, ESQ.


*Anthony D. Frisolone, FAPR,  RDR, CRR, CRI, CSR*
*Official Court Reporter*

A P P E A R A N C E S: (Continued.)

```
                    BRACEWELL, LLP
                    Attorneys for the Defendant -
                    Urooj Rahman
                         1251 Avenue of the Americas
                         49th Floor
                         New York, New York 10200
                BY: PAUL SHECHTMAN, ESQ.

                    DRIKER, BIDDLE & REATH, LLP
                    Attorneys for the Defendant -
                    Urooj Rahman
                         1177 Avenue of the Americas
                         41st Floor
                         New York, New York 10036
                BY: PETER W. BALDWIN, ESQ.
```

Court Reporter:   Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                  Official Court Reporter
                  Telephone: (718) 613-2487
                  Facsimile: (718) 613-2694
                  E-mail:  Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography.  Transcript produced by Computer-aided Transcription.

1        (The following takes places via teleconference.)
2        (All parties appear via telephone.)
3        COURTROOM DEPUTY:  All rise.  The United States
4  District Court for the Eastern District of New York is now in
5  session.  The Honorable Brian M. Cogan is now presiding.
6        (Honorable Brian M. Cogan takes the bench.)
7        COURTROOM DEPUTY:  Calling criminal cause for status
8  conference in Docket No. 20-CR-203, *United States of America*
9  *against Colinford Mattis*.
10       Counsel, please note your appearances for the
11 record.
12       MR. RICHARDSON:  For the United States of America,
13 Assistant United States Attorney Ian Richardson.
14       Good morning, Your Honor.
15       MS. SHROFF: Sabrina P. Shroff for Colinford Mattis.
16       Good morning, Your Honor.
17       MR. RICHARDSON:  Ian Richardson and Jonathan Algor.
18       MS. SHROFF:  Paul Shechtman and Mr. Baldwin.
19       COURTROOM DEPUTY:  Counsel for Mr. Mattis and
20 Ms. Rahman are present as well as their clients on the line.
21 And we have our court reporter.
22       United States v. Mattis, et al., 20-CR-203.
23       Counsel, state your appearances starting with the
24 Government.
25       MR. RICHARDSON:  Good morning, your Honor.  Ian

4

1  Richardson and Jonathan Algor for the United States.
2               THE COURT:  Good morning.  For the defendant.
3               MS. SHROFF:  Good morning your Honor on behalf
4  Mr. Mattis, Sabrina Shroff.
5               MR. SHECHTMAN:  Paul Shechtman and Peter Baldwin for
6  Ms. Rahman.
7               THE COURT:  Okay.  Anyone else need to announce
8  their appearance?
9               COURTROOM DEPUTY:  We have our court reporter,
10 Anthony Frisolone.
11              THE COURT:  This is the initial status conference.
12 I've seen discovery was provided by Mr. Richardson, or at
13 least I've seen that it has been provided.  I haven't seen the
14 discovery itself.
15              Mr. Richardson, why don't you tell us where we are.
16              MR. RICHARDSON:  Yes, Your Honor.  As you noted,
17 we've produced some initial discovery in this case.  It's a
18 fair amount of discovery.  We expect there will be a couple
19 different discovery productions and we're working on putting
20 those together.  I think it will be several weeks before we've
21 completed that discovery, but it won't take a great deal of
22 time in this case.
23              THE COURT:  Okay.
24              MR. RICHARDSON:  After that point, I think after
25 Mr. Mattis and Ms. Rahman and their counsel have had an

1  opportunity to review the discovery, I think we'll be in a
2  position to have some discussions with them about whether this
3  is a matter that can be resolved short of trial or whether we
4  need to set a trial schedule and motion schedule.
5              THE COURT:  Let me ask you something else,
6  Mr. Richardson.  I have the defendants' standard grand jury
7  motion, I'm surprised to not have a response from you since I
8  know you've done it in other cases.  What's the story on that?
9              MR. RICHARDSON:  I apologize, your Honor.  We hadn't
10 seen a scheduling order since we didn't know that the Court
11 wanted a response from us.  We can file one tomorrow.
12             THE COURT:  Okay.  The Local Rule is 14 days if I
13 don't say otherwise so that's when I expected it.
14             MR. RICHARDSON:  I apologize, your Honor.
15             THE COURT:  Okay.  Anything the defendants need to
16 add?
17             MS. SHROFF:  No, Your Honor, unless the Court wants
18 to hear from us as to the amount of time we need to review the
19 discovery.  We're happy to go along with the schedule the
20 Court sets.
21             THE COURT:  That's what I want to talk about.  It
22 seems to me just intuitively there should not be a lot of
23 discovery in the case.  If we set a date 60 days out from now
24 with the expectation that Mr. Richardson will produce the rest
25 of the discovery within 30 days, is that going to cover it?

1  Is that going to be enough time for the defense?
2              MS. SHROFF:  Your Honor, this is Ms. Shroff for
3  Mr. Mattis.  I anticipate it should be sufficient time, but in
4  the event it is, not and that's because of the difficulties
5  we're having with the discovery download and getting it to our
6  clients who are still because of the pandemic not able to meet
7  with us, we would seek permission to write to the Court and
8  seek just a short adjournment.  But I don't think we will get
9  to that point.
10             THE COURT:  Okay.  Mr. Shechtman, what do you think?
11             MR. SHECHTMAN:  I echo that, Judge, 60 days seems
12 fine.
13             THE COURT:  Mr. Richardson, any problem with that?
14             MR. RICHARDSON:  I think that should be sufficient,
15 your Honor.  I think 60 days should be okay.  We'll let the
16 Court know if we need a little more time than that.
17             THE COURT:  Okay.  Let's try hard to be in a
18 position where when we meet in 60 days we can talk about where
19 the case is going or at least maybe set a motion schedule if
20 the defendants think they have a motion.  Let's try to move it
21 along and use that 60-day date as the takeoff point where
22 what's going to happen next rather than just scheduling
23 another conference.
24             Ms. Clarke, what do we have about 60 days out?
25             COURTROOM DEPUTY:  September 17th at 11:30.

1     THE COURT:  Does that work for the lawyers?
2     MR. RICHARDSON:  It does, your Honor.
3     MS. SHROFF:  Yes, Your Honor.
4     MR. SHECHTMAN:  Yes, Your Honor.
5     THE COURT:  I don't know that that will be by
6  telephone again or in person, we'll see what the conditions
7  are like.  But one way or another we will meet.  I'm going to
8  exclude time until then based on the parties' engaging in
9  discovery and it being the early stages of a case.  I find
10 that the ends of justice outweigh the interest of the public
11 and the defendants in a speedy trial so the parties can learn
12 the case and figure out where they want to go with it.
13     Anything further?
14     MR. SHECHTMAN:  Judge, what time did we say on the
15 17th?
16     COURTROOM DEPUTY:  11:30 a.m.
17     MR. SHECHTMAN:  That's perfect.  Nothing here, your
18 Honor.
19     MS. SHROFF:  No, Your Honor.  Thank you.
20     THE COURT:  Thank you all for calling in.  We're
21 adjourned.
22     MS. SHROFF:  Have a good day.
23     MR. SHECHTMAN:  Thank you, your Honor.
24     MR. RICHARDSON:  Thank you.
25     (WHEREUPON, this matter was adjourned.)

```
1
2                          *  *  *
3
4                   CERTIFICATE OF REPORTER
5
     I certify that the foregoing is a correct transcript of the
6    record of proceedings in the above-entitled matter.
7
8
9
10        [signature: Anthony D. Frisolone]
11   _____
      Anthony D. Frisolone, FAPR, RDR, CRR, CRI
12    Official Court Reporter
```