| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 233 BROADWAY<br>NEW YORK, NEW YORK 10007<br>TEL: (646) 763-1490 |

October 2, 2020

**BY ECF**

Honorable Brian M. Cogan
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 1103 (BMC)

Your Honor:

      With consent of the government and pretrial services, Mr. Mattis seeks modification of one of the bail conditions (home confinement) in this case. All others conditions of release would remain the same.

      I ask the Court to allow Mr. Mattis to leave his home for an hour and 15 minutes each day to walk his dog and get himself some exercise. I have discussed this tailored request with pretrial services officer Ms. Ferguson and have provided to her the details she needed to approve of, and monitor this request.

      I thank the Court for its time and consideration.

      Respectfully submitted,

      /s/Sabrina P. Shroff
      Attorney for Colinford Mattis

cc:    All counsel (by ECF) & pretrial by email


SO ORDERED: _____
            Hon. Brian M. Cogan
            Judge, United States District Court