**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

December 20, 2020

**BY ECF**

Honorable Brian M. Cogan
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 203 (BMC)

Your Honor:

     With consent of the government and pretrial services, Mr. Mattis seeks modification of one of the bail conditions (home confinement) in this case. All others conditions of release would remain the same.

     Mr. Mattis would like to spend December 25, 2020 (Christmas day) with his siblings and other family at his sister's house (███████████████████████████████) from 10:00 a.m. to 11:00 p.m. and with his family go visit his mother's gravesite (███████████████████████████) in Cypress Hill's Cemetery (625 Jamaica Ave, Brooklyn, NY 11208) from noon to 2:00 p.m. on Christmas Day.

     Relatedly, he would also like to request approval to visit his mother's grave during the same time period (noon to 2:00 pm) on the following days in the 2021; January 24, 2020 (his mother's birthday), May 9th (which is. Mother's Day) and June 5th (the day of her passing).

     I thank the Court for its time and consideration.

Respectfully submitted,

/s/Sabrina P. Shroff
Attorney for Colinford Mattis

cc:    All counsel (by ECF) & pretrial by email

SO ORDERED: _____
                Hon. Brian M. Cogan
                Judge, United States District Court