

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCP/WPC
F. #2020R00508

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 21, 2021

**By ECF and Fedex**
Sabrina Shroff, Esq.
44 Gramercy Park
Apt. #7a
New York, NY 10010

      Re:    United States v. Colinford Mattis
               Criminal Docket No. 20-203 (BMC)

Dear Ms. Shroff:

      I serve as one of the government filter counsel in the above-referenced matter. Enclosed is a USB drive containing additional discoverable material produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This supplements the disclosure of Rule 16 discovery previously produced to the defendant.

      The enclosed USB drive contains a database with the contents of the defendant's Apple iPhone, which was searched pursuant to a search warrant. We understand that the government attorneys appearing on the defendant's case (the "Prosecution Team") provided you with a copy of the defendant's iPhone which did not contain potentially privileged materials. The database contained in the enclosed USB drive includes all items extracted from the iPhone, including those withheld from the Prosecution Team. Please feel free to contact me, if you have any questions.

                                         Very truly yours,

                                         SETH D. DuCHARME
                                         Acting United States Attorney

                 By:    /s/ William P. Campos
                          William P. Campos
                          Assistant U.S. Attorney
                          (718) 254-6104

Enclosure (by Fedex only)