SABRINA P. SHROFF
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

June 22, 2021

**BY ECF**

Honorable Brian M. Cogan
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: United States v. Colinford Mattis, 20 Cr. 00403 (BMC)

Your Honor:

  With consent of the government I write to request an adjournment of the July 1, 2021 status conference in this case. The parties continue to discuss a possible disposition in this case, and ask the status conference be adjourned to July 16, 2021.

  To that end, we request that the time between July 1, 2021 and the next date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter.

  We thank the Court for its time and consideration of this request.

        Respectfully submitted,

        /s/Sabrina P. Shroff
        Counsel to Colin Mattis

cc: all counsel

        Respectfully submitted,

        /s/Sabrina P. Shroff
        Attorney for Colinford Mattis

cc: All counsel (by ECF) & pretrial by email