**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19ᵀᴴ FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

September 24, 2021

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Colinford Mattis,* **20 Cr. 203 (BMC)**

Hon. Judge Cogan,

With the consent of pretrial services, I write to request a temporary modification of Mr. Mattis' conditions of release.[1] Mr. Mattis wishes to attend the wedding of two of his close friends. The marriage ceremony is to take place on October 2, 2021. Pretrial services has the details of the marriage ceremony and the celebration thereafter that Mr. Mattis seeks to attend. The government has advised that it takes no position on this request and defers to the Court.

We respectfully request the court grant a temporary modification to Mr. Mattis' conditions of release so that he may bear witness to the marriage of his friends' and celebrate the auspicious occasion with them.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to Colinford Mattis

SPS/mtf
cc: All parties & Pretrial Services

So Ordered: _____
Hon. Brian M. Cogan

---

[1] Mr. Mattis notified the government of his intention to enter a guilty plea. See, Docket Entry # 62. Recognizing that it is this Court's practice to take its own pleas, and noting that Mr. Mattis has *no* objection to entering a plea before this Court, counsel for Mr. Mattis objected to the government's *ask* that Mr. Mattis' guilty plea not be referred to a magistrate judge. The *sole* reason for the objection was that the government's request appears not to be in keeping with the government's practice in other cases. Counsel for Mr. Mattis requested of the government a list of cases in which they have made a similar request of the district court. The government provided no response.