**SABRINA P. SHROFF**  80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW  NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

September 29, 2021

Honorable Brian M. Cogan
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 203 (BMC)

Your Honor:

      As directed by the Court's September 28, 2021 Order (docket entry # 63), counsel for Mr. Mattis has advised all of the sureties on Mr. Mattis' bond of the one-time change in his condition of release. Each of the sureties have indicated they consent to the one-time modification.

      Respectfully submitted,

      /s/Sabrina P. Shroff
      Attorney for Colinford Mattis

cc:    All counsel & pretrial by ECF
       Sureties on the Mattis bond by e-mail