UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

     - against-                                  CR 20-203 (BMC)

COLINFORD MATTIS and
UROOJ RAHMAN,                               **<u>NOTICE OF APPEARANCE</u>**

     Defendants.

-------------------------------------------------X


          PLEASE TAKE NOTICE that ADAM Z. MARGULIES, an attorney duly admitted

to practice before this Court, hereby appears as counsel on behalf of the defendant Colinford Mattis

in the above-captioned action and respectfully requests that all pleadings, notices, orders,

correspondence and other papers in connection with this action be served upon him at the following

address:

          Adam Z. Margulies
          COVINGTON & BURLING LLP
          The New York Times Building
          620 Eighth Avenue
          New York, New York 10018-1405
          (212) 841-1187
          amargulies@cov.com

DATED:  October 20, 2021                    Respectfully submitted,


By:    /s/ *Adam Z. Margulies*
       Adam Z. Margulies

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1187
amargulies@cov.com

*Pro bono counsel for*
*Colinford Mattis*

2