**SABRINA P. SHROFF**  
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10004  
TEL: (646) 763-1490

December 20, 2021

**BY ECF**

Honorable Brian M. Cogan  
United States District Judge for the  
 Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 203 (BMC)

Dear Judge Cogan:

      With consent of the government and pretrial services, Mr. Mattis seeks the Court's permission to spend December 25, 2020 (Christmas day) with his siblings and other family at his sister's house in East New York, from 10:00 a.m. to 11:50 p.m. With his children, and the rest of his family he would like to leave his sister's home on Christmas Day to go visit his mother's gravesite (section 6, lot 1464, grave 14) in Cypress Hill's Cemetery (625 Jamaica Ave, Brooklyn, NY 11208). His visit to his mother's gravesite would be from 11:00 a.m. to 4:00 p.m. on Christmas Day. Relatedly, he would also like to request approval to visit his mother's grave during the same time period (11:00 a.m. to 4:00 pm) and on January 24, 2021 (his mother's birthday). [1]

      I thank the Court for its time and consideration.

                                                    Respectfully submitted,

                                                  /s/Sabrina P. Shroff  
                                                  Attorney for Colinford Mattis

SO ORDERED: _____  
                      Hon. Brian M. Cogan  
                      Judge, United States District Court

---

[1] The Court granted a similar request last year. See, Dkt. Entry No. 39.