**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

June 14, 2022

Honorable Brian M. Cogan
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 203 (BMC)

Dear Judge Cogan,

With the consent of pretrial, I write to request a temporary modification to Mr. Mattis' conditions of release, to permit him to attend his close friends' wedding and associated events in the D.C. Metropolitan Area this Friday to Monday (June 17 to June 20). We have provided pretrial and the government via email a detailed itinerary of the wedding events Mr. Mattis will be attending, their location, his lodging, and his mode of transportation. As noted above, pretrial consents to this temporary modification under the proposed conditions, and the government defers to pretrial.

Each of the signatories to Mr. Mattis' bond is aware of and consents to the requested temporary modification.

We thank the Court for its time and consideration.

Respectfully submitted,

<u>*/s/ Adam Z. Margulies*</u>
Sabrina P. Shroff
Adam Z. Margulies
Counsel to Colin Mattis


cc:     Pretrial Officer Ezenyilimba
        Ian Richardson and Jonathan Algor, Esq.