June 12, 2022

Presiding Judge
Mattis-Rahman Case
US Courthouse-225 Cadman Plaza E.
Brooklyn, NY 11201



CR-20-203
(BMC)

To the Presiding Judge;

I am enclosing a fairly recent article about the two loser attorneys that you are trying in your court. Unlike the present idiocy coming out of the Garland Department of Justice involving concerned parents, these two losers, Colinford Mattis and Urooj Rahman are GENUINE DOMESTIC TERRORISTS!!

I read about the plea bargain of a maximum of two years, but that is unacceptable. The maximum sentence of five years, which is up to YOU to impose, while still less than I would like to see, is much more appropriate, and should give these LAWYERS some time to ponder their unacceptable behavior.

It is a small miracle and a tribute to their stupidity and lack of technical know-how that they weren't able to succeed, and likely kill an innocent person or two. I am always reminded of the justice in "And Justice for All" with Al Pacino, when he screams at the judge-his client (John Forsythe): " You're a judge!! You're supposed to represent something!!!" So it is here. There is NO EXCUSE. These people, for better or for worse, are not stupid. They should be, as the old saying goes 'prosecuted to the full extent of the law". They are bad people and we all know it.

They won't be rehabilitated-regardless of what baloney their attorney feeds you, but it will keep them on ice for a while.

Maximum sentence, please.

Very respectfully,

*William C. Kempner*
William C. Kempner
CDR NYNM USN RET

14

*New York Post, Thursday, May 12, 2022 • nypost.com*

# Firebomb plea deal

## 2 yrs. for cop-car att'ys

By LARRY CELONA and BEN FEUERHERD

The two radical lawyers who firebombed an empty police vehicle amid a violent May 30, 2020, protest in Brooklyn have struck a new plea deal that could limit their prison terms to two years, court documents show.

Colinford Mattis and Urooj Rahman reached an "alternative resolution" with Brooklyn federal prosecutors in their case, according to the filing.

Under the new agreement, the firebugs agree to plead guilty to a conspiracy charge, and prosecutors agree to seek a maximum of two years in prison — but a judge could still impose up to the maximum sentence of five years, according to the filing.

The plea will have to be formally approved by a judge.

Prior to the new agreement, federal prosecutors had sought a 10-year sentence under a terrorism enhancement after both defendants copped to one count of possessing and making a destructive device.

In the letter filed Tuesday, the feds noted the federal probation department had determined that the enhancement was unusually punitive given Mattis' and Rahman's lack of criminal histories.



**BOTTLED RAGE:** Urooj Rahman holds a Molotov cocktail at a protest in Brooklyn on May 30, 2020.

"This increase appears to over-represent the maliciousness of the defendants' intentions in committing the offense, while also negating the defendants' otherwise law-abiding lives," the department wrote.

The two were arrested after Rahman tossed a Molotov cocktail at an empty NYPD van outside the 88th Precinct station house in Fort Greene amid citywide uprisings in the wake of the murder by a cop of George Floyd in Minnesota.

Paul Schectman, an attorney for Rahman, said he is happy with the government's new position.

"We're deeply pleased that the Eastern District has taken a second look... at the case and modified its position," he told The Post.



LCDR William C. Kempner RET USN
69 Cherrytree Ln
Roslyn Hts, NY 11577-2404

MID-ISLAND NY 117
13 JUN 2022 PM 6 L

Presiding Judge
Mattis-Rahman Case
U.S. Courthouse -225 Cadman Plaza E
Brooklyn, NY.
    11201