**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

September 8, 2022

**BY ECF**

Honorable Brian M. Cogan
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: United States v. Colinford Mattis, 20 Cr. 00403 (BMC)

Dear Judge Cogan,

     With consent of pre-trial service, we write to seek the following temporary modifications of Mr. Mattis' bail conditions so that he may attend events at the schools of his three children:

1. P.S. 202 Ernest S. Jenkyns Elementary School, 982 Hegeman Ave, Brooklyn, New York 11208; Thursday, September 15, 2022 - 5pm to 9pm and Thursday, November 3, 2022 – 5:00p.m. to 9:00p.m. (Specific times for parent/teacher conference not yet set but shall be between 5:00 & 9:00 pm. Once confirmed, pretrial will be informed).
2. Midwood High School, 2839 Bedford Ave, Brooklyn, NY 11210 on Thursday, September 29, 2022 - 5pm to 9pm (Specific times for parent/teacher conference not yet set but shall be between 5:00 & 9:00 pm. Once confirmed, pretrial will be informed).
3. Midwood High School, 2839 Bedford Ave, Brooklyn, NY 11210, Thursday, November 17, 2022 - 5 pm to 9pm (Specific times for parent/teacher conference not yet set but shall be between 5:00 & 9:00 pm. Once confirmed, pretrial will be informed).

                          Respectfully submitted,

                          /s/Sabrina P. Shroff & Adam Margulies
                          Counsel to Colin Mattis

cc:    All counsel (by ECF) & pretrial by email