**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

September 15, 2022

**BY ECF**

Honorable Brian M. Cogan
United States District Judge for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: United States v. Colinford Mattis, 20 Cr. 00203 (BMC)

Your Honor:

With consent of the government, we write to request an adjournment of the October 5 sentence date in this matter to the week of November 14, 2022. Mr. Mattis repleaded before this Court on June 2, 2022, and on the schedule set by the Court for this proceeding, this is our first request for an adjournment of sentence.

I have been at trial (*United States v. Joshua A. Schulte*, 17 Cr. 148 (S.D.N.Y) (JMF)) and am in the midst of preparing to start another 4-week trial before Hon. Allyne Ross. *See United States v. Mohamed,* 18 Cr. 603 (E.D.N.Y.) (ARR).[1] If granted, the requested continuance will allow us to properly prepare for Mr. Mattis' sentencing. Our expert, Dr. John Mariani, has been unable to work on this case due to his schedule and because his interim voucher has not been processed. And, we need time to gather specific letters from individuals whose schedules have been difficult. We do not anticipate seeking further adjournments, barring compelling unforeseen circumstances.

Mr. Mattis remains on home confinement and is compliant with all conditions of release.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff
Adam Z, Margulies
Counsel to Colin Mattis

cc:    All counsel (by ECF) & pretrial by email

---

[1] Because the *Mohamed* trial may still be in progress during the week of November 14, we propose that Mr. Mattis's new sentencing date be set for Friday, November 18, if this Court is available on that date, in anticipation of the fact that Fridays are likely to be non-trial days.