**SABRINA P. SHROFF**  
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10004  
TEL: (646) 763-1490

October 7, 2022

**BY ECF**

Honorable Brian M. Cogan  
United States District Judge for the  
 Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 00203 (BMC)

Your Honor:

Mr. Mattis remains on home confinement and compliant with his release conditions. With consent of the government and pretrial services, we request temporary modification of his conditions of release so he may attend the following events:

1. Parent/Teacher conference on November 3, 2022 - 5pm to 9pm and on November 17, 2022, between 5:00 and 9:00 p.m. Specific meeting times to be set day of and to be confirmed/scheduled with pretrial officer.

2. Wedding of a friend from his high school days where Ms. Rahman is not a guest. The celebration is in Queens and New York, over October 14 and 15, 2022, details of which have been provided to pre-trial and with which pretrial had no objection.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff / Adam Z. Margulies  
Counsel to Colin Mattis

SO ORDERED: _____  
          Brian M. Cogan, U.S.D.J.