**SABRINA P. SHROFF**  
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10004  
TELEPHONE: (646) 763-1490

January 22, 2023

By ECF

Honorable Brian M. Cogan  
United States District Judge for  
 the Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 203-1 (BMC)

Dear Judge Cogan:

As directed by the Court (ECF No. 120), we have reviewed the Court's draft terms of supervised release with Mr. Mattis in advance of sentencing, which is set for 5:00 p.m. on Thursday, January 26.

I anticipate being prompt for the 5:00 p.m. sentencing hearing before this Court, but out of an abundance of caution note that I am beginning a three-week trial before Judge Garaufis on January 23, 2023, in *United States v. Asainov*, No. 19-cr-402 (NGG). Trial was to start on January 17, 2023, but its start was delayed by the government's late disclosure of classified Rule 16 discovery in a foreign language. My trial day ends at 5:00 p.m. and while I do not anticipate being late for this Court, I may be unavoidably delayed by a few minutes.

I apologize in advance for any inconvenience, as I am aware that the Court is presiding over a complicated and lengthy trial.

                          Respectfully submitted,

                          /s/ Sabrina Shroff  
                          Sabrina Shroff  
                          Adam Margulies  
                          *Counsel for Mr. Colinford Mattis*

cc:    Ian Richardson, Esq. (by ECF)