**SABRINA P. SHROFF**  80 BROAD STREET, 19ᵀᴴ FLOOR
ATTORNEY AT LAW  NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

February 28, 2023

ECF

Honorable Brian M. Cogan
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 203-1 (BMC)

Dear Judge Cogan:

This Court ordered Colin Mattis to surrender to the Bureau of Prisons on March 8, 2023. I write to inform the Court that the Bureau of Prisons has not yet designated a facility to which he need surrender. I ask the Court to allow Mr. Mattis to surrender 10 days after such designation occurs.[1]

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/Sabrina Shroff & Adam Margulies
Counsel to Colin Mattis

---

[1] I would write and inform the Court once the BOP has designated Mr. Mattis to a particular facility.